Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Chantel Seltzer #31291-007
SFF Hazelton
PO Box 3000 Bruceton Mills
West Virginia 26525
)
)
)
)
)
(Full name under which you were convicted, prison number, place of confinement, and full mailing address)

)
)
)
)
Petitioner,
vs.

Warden Ken Hoover,
(Name of Warden or other authorized person where you are incarcerated)

)
)
)
)
)
Respondent.
)

**Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:25-cv-98
(to be assigned by Clerk)

**FILED**

JUN 3 0 2025

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

Groh
Trumble
Sims

**Important notes to read before completing this form:**

★ Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1. This petition concerns (check the appropriate box):

   ☐ a conviction
   ☐ a sentence
   ☐ jail or prison conditions
   ☐ prison disciplinary proceedings
   ☐ a parole problem
   ☑ other, state briefly: illegally over extending my detention despite the halfway house called to confirm availability

Attachment A

_____
_____
_____

2. Are you represented by counsel?  ☐ Yes   ☑ No

   If you answered yes, list your counsel's name and address: __N/A__

3. List the name and location of the court which imposed your sentence:
   __District of Columbia, Superior Court__

4. List the case number, if known: __2023 CF3 001849__

5. List the nature of the offense for which the sentence was imposed:
   __22-402 Assault with a Dangerous Weapon  22-4503(A)(i)__
   __Unlawful possession of Firearm with a prior conviction__

6. List the date each sentence was imposed and the terms of the sentence:
   __01/04/2024  Sentence imposed__
   __36 months  time to serve__
   __03/22/2025  Date of offense__

7. What was your plea to each count? (Check one)

   ☑ Guilty
   ☐ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

   ☐ A jury
   ☑ A Judge without a jury
   ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

   ☐ Yes     ☑ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: _____
    B. Result: _____
    C. Date of Result: _____
    D. Grounds raised (List each one): _____

    _____
    _____
    _____
    _____

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☐ Yes     ☑ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: _____

Attachment A

      2. Nature of Proceeding: _____
      3. Grounds Raised: _____
      4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
      5. Result: _____
      6. Date of Result: _____

B. Second post-conviction proceeding:
      1. Name of Court: _____
      2. Nature of Proceeding: _____
      3. Grounds Raised: _____
      4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
      5. Result: _____
      6. Date of Result: _____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
      1. First proceeding: ☐ Yes ☒ No  Result: _____
      2. Second proceeding: ☐ Yes ☒ No  Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____
_____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A. U.S. Parole Commission unlawfully revoked my parole.
B. Federal Bureau of Prisons unlawfully computed my sentence.

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
(E.) There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
halfway house date has been set since last year in 2024 for May 20, 2025 however, on May 10, 2025 I spoke with the Director of the D.C. halfway house I was told there are a lot of beds on the 15th of May the Director called the SFF Hazelton Administrative and spoke with Ms preeognis and let her know there are beds for fed inmates.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
On May 7, 2025 at the SFF Hazelton Case Manager Mr. Harper told me that I will not be going to the halfway house May 20th 2025 and that my date change to 8-12-25 and he don't know why maybe they didn't have any beds, a week later they said there are only 10 fed beds then it went back to know beds

B. Ground two:

Attachment A

On May 9, 2025 I went back over to the Administrative office at SFF Hazelton to Ms Preenajns She said to me that she had Email the R12M and that they said I am to stay at the SFF till 8-12-25 that's the next halfway house date.

Supporting facts:

On May 20, 2025 there where beds at the halfway house on 1430 G Street NE Washington DC. 20019 the Director called here and spoke with the Administrative preenajns and stated to her there are alot of federal beds more than 10 beds.

C. Ground three: The Administrator spoke with the DC FairView halfway house Director in DC and there are beds. There are beds and under the 18 U.S.C. 3621(b). They don't follow the law here at all.

Supporting facts: I had a halfway house date that was set since last year 2024 that was Approved for May 20th 2025 that the Second Chance Act was not put back in the computer.

D. Ground four: The Second Chance Act was just place back and Case Manager Mr Frazer currently says that he will not do any the get me on the CPS home placement at all when that applieds to me as will

Attachment A

Supporting facts: The Director Spoke with the Administrator Ms. Greezins and told her there are a lot of federal beds and that Ms. Seltzer can come to the Fairview halfway house on May 20, 2025

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome: I will please respectfully like to be release home with my family Children.

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☑ Yes    ☐ No

   1. If your answer to "A" above was yes, what was the result: There are only 10 federal beds that the BOP has for the DC federal inmates and there are not any beds, nothing they can do.

Attachment A

2. If your answer to "A" above was no, explain: *I have been giving a lot of fals answers*

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☑ Yes     ☐ No

1. If your answer to "B" above was yes, what was the result: *that there only 10 beds and its out of there hands.*

2. If your answer to "B" above was no, explain: *the unit team doesn't want to do anything it not what they do that what was said to me.*

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

*I would like to be place home on the BPS at home or Go to the halfway house sooner then 8-12-25 because I had a date that was set for May 20, 2025 and the STT Hazelton know there are beds and are giving me the run around they don't want to Aprval the Second Chance Act at this prison thank you.*

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention. _Never filed_

Signed this __2__ day of __June__, __2025__.
         (day)              (month)              (year)

_Chantel Sitts_
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: _6/2/25 Chantel_  _Chantel Sitts_
                                      Your Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Chantel Seltzer
_____
Your full name

v.

Warden Ken Hoover
Case Manger Mr. Hager
Case Manger Ms. Boyd
Administrator Ms. priggins
_____
Enter above the full name of respondent in this action

Civil Action No.: 3:25-cv-98

## Certificate of Service

I, Chantel Seltzer _____ (your name here), appearing *pro se*, hereby certify that I have served the foregoing 2241 _____ (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on June 2, 2025 _____ (insert date here):

(List name and address of counsel for respondent)

Chantel S___
(sign your name)