IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**CHANTEL SELTZER,**

      Petitioner,

**v.**                                        **CIVIL ACTION NO.: 3:25-CV-98 (GROH)**

**WARDEN KEN HOOVER,**

      Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On June 30, 2025, the pro se Petitioner initiated the above-styled civil action by filing the Court-approved form for a habeas corpus petition, along with an Application to Proceed Without Prepayment of Fees, and Prisoner Trust Account Report. ECF Nos. 1, 2, 3. Upon docketing the petition, the Clerk of Court issued a Notice of Deficient Pleading which directed the Petitioner to pay the $5.00 filing fee, or to file an application to proceed in forma pauperis, along with the enclosed Prisoner Trust Account Report and Ledger Sheets. ECF No. 4. The Petitioner accepted service of the Notice on July 3, 2025. ECF No. 6.

On July 25, 2025, the Petitioner filed a change of address with the Clerk. ECF No. 7. The Court issued an Order to Show Cause why the case should not be dismissed on January 6, 2026, which directed the Petitioner to either pay the $5.00 filing fee or file the financial forms for a non-prisoner not later than February 3, 2026. ECF No. 9. The Petitioner accepted service for the Order to Show Cause on January 9, 2026:



The Petitioner has failed to either pay the $5.00 filing fee or to file the updated financial forms as directed.

Accordingly, it is **ORDERED** that 3:25-CV-98 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court. It is further **ORDERED** that the Petitioner's Motion [ECF No. 2] be **TERMINATED AS MOOT**.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: February 11, 2026

GINA M. GROH
UNITED STATES DISTRICT JUDGE